CLOSED

# U.S. District Court
## Northern District of Alabama (Eastern)
### CRIMINAL DOCKET FOR CASE #: 1:08-cr-00069-CLS-RRA All Defendants
### Internal Use Only

| | |
|---|---|
| Case title: USA v. Foster | Date Filed: 02/25/2008<br>Date Terminated: 03/10/2008 |

Assigned to: Judge C Lynwood Smith, Jr
Referred to: Magistrate-Judge Robert R Armstrong

**Defendant**

**Benjamin Shane Foster** (1)
*TERMINATED: 03/10/2008*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:922(g)(1) UNLAWFUL TRANSPORT OF FIREARMS, ETC. - convicted felon (1) | Rule 20 - Consent to Transfer Case |

| **Highest Offense Level (Terminated)** | |
|---|---|
| Felony | |

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| USA | represented by | **Alice H Martin, US Attorney**<br>US ATTORNEY'S OFFICE<br>1801 4th Avenue North |
|---|---|---|

Birmingham, AL 35203-2101
244-2001
Email: alice.martin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**US Probation**
UNITED STATES PROBATION OFFICE
1729 5th Avenue, North
Birmingham, AL 35203
278-2100
Email: alnpdb_cmecf@alnp.uscourts.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**USM**
UNITED STATES MARSHAL
Hugo Black Courthouse, Room 240
1729 5th Avenue North
Birmingham, AL 35203
205-731-1712
Email: usms-aln-courts@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scarlett M Singleton**
U. S. Attorney's Office
1801 Fourth Avenue North
Birmingham, AL 35203
205-244-2121
Fax: 205-244-2182
Email: scarlett.singleton@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/25/2008 | 1 | INFORMATION as to Benjamin Shane Foster (1) count(s) 1. Arraignment set for 3/13/2008 09:30 AM before Magistrate-Judge Robert R Armstrong. (DWC, ) (Entered: 02/28/2008) |
| 02/25/2008 |  | (Court only) ***Staff Notes as to Benjamin Shane Foster: CAT I (DWC, ) (Entered: 02/28/2008) |
| 02/25/2008 |  | (Court only) ***Location start as to Benjamin Shane Foster : LC (DWC, ) (Entered: 03/03/2008) |
| 02/25/2008 |  | (Court only) ***JS-2 Opening Information (DWC, ) (Entered: 03/11/2008) |

| 03/03/2008 | 🌑 | Set Hearings as to Benjamin Shane Foster: Arraignment set for 3/13/2008 09:30 AM before Magistrate-Judge Robert R Armstrong. (DWC, ) (Entered: 03/03/2008) |
|---|---|---|
| 03/10/2008 | 🌑 2 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to MD/AL Counts closed as to Benjamin Shane Foster (1) Count 1. cm (DWC, ) (Entered: 03/11/2008) |
| 03/10/2008 | 🌑 | (Court only) ***Set CASE CLOSED Flags as to Benjamin Shane Foster (DWC, ) (Entered: 03/11/2008) |
| 03/11/2008 | 🌑 | (Court only) ***JS-3 Closing Information (DWC, ) (Entered: 03/11/2008) |



TRUE COPY:

By _S. Cooper_

FILED
2008 Feb-28 PM 03:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **Case No.** |
| ) | |
| **BENJAMIN SHANE FOSTER**   ) | |

## INFORMATION

**COUNT ONE:** [18 U.S.C. § 922(g)(1)]

The United States Attorney charges that:

On or about the 11th day of May, 2007, in Clay County, within the Northern District of Alabama, the defendant,

**BENJAMIN SHANE FOSTER,**

after having been convicted on June 3, 2002, in the Circuit Court of Randolph County, Alabama, of the offense of Receiving Stolen Property, Second Degree, in case numbers CC 2001-000143 and CC 2001-000220; and after having been convicted on March 29, 2000, in the Circuit Court of Randolph County, Alabama, of the offense of Perjury, First Degree, in case number CC 1999-000090; and after having been convicted on May 21, 1997, in the Circuit Court of Randolph County, Alabama, of the offense of Extortion, Second Degree, in case number CC 96-000136; and after having

been convicted on April 29, 1996, in the Circuit Court of Randolph County, Alabama, of the offense of Theft of Property, First Degree, in case number CC 96-000043, each of the said offenses being a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, that is, a Remington 12 gauge shotgun, in violation of Title 18, United States Code, Section 922(g)(1).

ALICE H. MARTIN
United States Attorney

/s/ *Electronic Signature*
SCARLETT M. SINGLETON
Assistant United States Attorney

TRUE COPY:

By: *R. Cooper*

2

FILED

USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

08 MAR 10 PM 3:38

In the United States District Court

for the U.S. DISTRICT COURT N.D. OF ALABAMA   DISTRICT OF   Alabama

UNITED STATES OF AMERICA

V.

BENJAMIN SHANE FOSTER

CRIMINAL NUMBER: 1:08-cr-00069-CLS-RRA

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

I, BENJAMIN SHANE FOSTER, defendant, have been informed that an *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead guilty to the offense charged, to consent to the disposition of the case in the MIDDLE District of ALABAMA in which I, BENJAMIN FOSTER, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: MARCH 6 2008 at MONTGOMERY, AL

_(Defendant)_

_(Witness)_

_(Counsel for Defendants)_

TRUE COPY:
By: A. Cooper

_(Assistant United States Attorney)_

Approved

United States Attorney for the
Northern District of
Alabama

ASST. United States Attorney for the
Middle District of
Alabama