**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**          )
                                       )
         **vs.**                       )          **Case No.  2:08-CR-48-MEF**
                                       )
**BENJAMIN SHANE FOSTER**              )

**ORDER**

     For good cause, it is

     **ORDERED** that a status conference be and is hereby set in the above-case on

**April 9, 2008 at 1:00 p.m. in courtroom 4B**, United States Courthouse Complex, One

Church Street, Montgomery, Alabama.

     Done this 14th day of March, 2008.


          _____/s/Charles S. Coody_____
          CHARLES S. COODY
          CHIEF UNITED STATES MAGISTRATE JUDGE