AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA
V.

**BENJAMIN SHANE FOSTER**

WAIVER OF INDICTMENT

CASE NUMBER: 2:08CR-48-MEF

I, _Benjamin S. Foster_, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _April 4, 2008_ prosecution by indictment and consent that the
                    Date
proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before_____
            Judicial Officer