IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:08cr48-MHT |
| | ) | |
| BENJAMIN S. FOSTER | ) | |

**ORDER**

Now pending before the court is defendant Foster's motion to allow Michael Peterson of the Federal Defender's office to withdraw as counsel of record and to appoint CJA panel attorney Jon Carlton Taylor (doc. # 14) to represent him.  Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to withdraw (doc. # 14) be and is hereby GRANTED and Attorney Jon Carlton Taylor be and is hereby APPOINTED to represent defendant Foster. Attorney Taylor shall file a notice of appearance with the court.

Done this 16th day of June, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE