IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | 2:08-CR-48-MHT |
| | ) | |
| | ) | |
| | ) | |
| **BENJAMIN S. FOSTER** | ) | |

## NOTICE OF APPEARANCE OF COUNSEL

**COMES NOW**, J. Carlton Taylor, CJA Panel Attorney, and respectfully files this Notice of Appearance of Counsel in the above referenced case on behalf of the Defendant, Benjamin S. Foster. Counsel further requests that all future notices, pleadings, motions and correspondence relating this case be served upon him.

**RESPECTFULLY SUBMITTED**, this the 18th day of June, 2008.

/s/ J. Carlton Taylor
J. CARLTON TAYLOR
Attorney for the Defendant
ASB 5037-L53J
5748 Carmichael Parkway Suite D
Montgomery, Alabama 36117
(334) 244-0447
(334) 244-0794
jtaylor@fullerandtaylor.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing pleading has been served on those individuals listed below, by CM/ECF email electronic service (or by hand delivery), on this the 18th day of June, 2008.

                      /s/ J. Carlton Taylor
                      J. CARLTON TAYLOR
                      Attorney for the Defendant
                      ASB 5037-L53J
                      5748 Carmichael Parkway Suite D
                      Montgomery, Alabama 36117
                      (334) 244-0447
                      (334) 244-0794
                      jtaylor@fullerandtaylor.com

Matthew W. Shepherd
Assistant U.S. Attorney
PO Box 197
Montgomery AL 36101-0197
matthew.shepherd@usdoj.gov