IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>  v.                                                   )<br>)<br>BENJAMIN SHANE FOSTER    ) | CRIMINAL ACTION NO.<br>     2:08cr48-MHT |

### ORDER

It is ORDERED as follows:

(1) Defendant Benjamin Shane Foster's motion to continue sentencing (Doc. No. 18) is granted.

(2) Sentencing for defendant Foster, now set for July 3, 2008, is reset for August 19, 2008, at 10:00 a.m at the Frank M. Johnson, Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

DONE, this the 27th day of June, 2008.

          /s/ Myron H. Thompson
     **UNITED STATES DISTRICT JUDGE**