IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )
    v.                      )   CRIMINAL ACTION NO.
                            )        2:08cr48-MHT
BENJAMIN SHANE FOSTER       )
```

## ORDER

It is ORDERED that the motion for leave to file objections (Doc. No. 20) is granted.

Probation is DIRECTED to process the objections as part of the pre-sentence report.

DONE, this the 6th day of August, 2008.

      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE