IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:08-cr-48-MHT |
| | ) | |
| BENJAMIN SHANE FOSTER | ) | |

**UNITED STATES' NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and hereby notices the appearance of Assistant United States Attorney Kent B. Brunson, who will be serving as additional counsel of record for the United States in this matter.

Respectfully submitted this the 18th of August, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.   2:08-cr-48-MHT |
| | ) | |
| BENJAMIN SHANE FOSTER | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

    Respectfully submitted,

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Kent B. Brunson
    KENT B. BRUNSON
    Assistant United States Attorney
    131 Clayton Street
    Montgomery, Alabama 36104
    Telephone: (334) 223-7280
    Fax: (334) 223-7135