IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | CRIMINAL ACTION NO. |
| ) | 2:08cr48-MHT |
| **BENJAMIN SHANE FOSTER**  ) | |

### ORDER

It is ORDERED that the government's motion for downward departure for acceptance of responsibility (doc. no. 22) is granted. The departure is already reflected in the offense-level announced by the court at sentencing.

DONE, this the 22nd day of August, 2008.

      /s/ Myron H. Thompson
    **UNITED STATES DISTRICT JUDGE**