```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

                 MIDDLE DISTRICT OF ALABAMA,

                  EASTERN AND NORTHERN DIVISIONS


UNITED STATES OF AMERICA      )
                              )        CRIMINAL ACTION NO.
     v.                       )           3:07cr150-MHT
                              )                (WO)
BENJAMIN SHANE FOSTER         )

UNITED STATES OF AMERICA      )
                              )        CRIMINAL ACTION NO.
     v.                       )            2:08cr48-MHT
                              )                (WO)
BENJAMIN SHANE FOSTER         )
```

                              ORDER

   Based on the representations made on the record during the status conference on April 15, 2021, it is ORDERED that the revocation petitions (Doc. 100 in 3:07cr150-MHT and Doc. 54 in 2:08cr48-MHT) are set for an <u>in-person</u> evidentiary hearing on June 24, 2021, at 10:00 a.m., in Courtroom 2FMJ of the Frank M. Johnson Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

   It is further ORDERED that, five business days before the hearing, the parties are to file pre-hearing

briefs in each case, summarizing the evidence, if any, to be presented and setting forth, if convicted, (a) the sentence the defendant should receive and (b) why that sentence is appropriate based on the facts and the law.

    DONE, this the 15th day of April, 2021.

                                        /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**